**No. 09-10048. Montavius A. Johnson-El, Petitioner v. Roy Cooper, Attorney General of North Carolina, et al.**

560 U.S. 930, 130 S. Ct. 3334, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4224.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 764.

**No. 09-10093. Jesse Wade Glover, Petitioner v. Tennessee.**

560 U.S. 931, 130 S. Ct. 3334, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4232.

May 24, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

**No. 09-10099. Manuel Pardo, Jr., Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

560 U.S. 931, 130 S. Ct. 3334, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4305,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 587 F.3d 1093.

**No. 09-10104. Edward Bonilla, Petitioner v. California.**

560 U.S. 931, 130 S. Ct. 3334, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4372.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 09-10111. Stephano Colosi, Jr., Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4367.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 351 Fed. Appx. 803.

**No. 09-10122. Thurman Harrison, Jr., Petitioner v. Steve Hartley, Warden, et al.**

560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4292,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 345 Fed. Appx. 361.

**No. 09-10135. James Andrew Gray, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy.**

560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4351,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.